JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAFAEL ORLANDO RAMIREZ-BARILLAS, <br><br> Petitioner, <br><br> v. <br><br> JAMES ENGLEMAN, Warden, <br><br> Respondent. | NO. CV 25-3965-SVW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus as moot and dismissing this action without prejudice.

DATED: _April 14, 2026_____



_____
STEPHEN V. WILSON
United States District Judge